UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SILKE PALKUS,

    Plaintiff,

v.	Case No.  6:12-cv-1841-ORL-31TBS

JOHN MICHAEL COWDEN,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion to Compel Better Answers to Interrogatories (Doc. 15).  Before filing his motion, Defendant's lawyer sent a letter which Defendant characterized as his "conciliation attempt" to counsel for Plaintiff. (Doc. 15-2, p. 2).  Plaintiff did not respond to the letter.  (Doc. 15, p. 2).  Defendant's letter does not satisfy the requirements of Local Rule 3.01(g) and Plaintiff's failure to reply to the letter is unacceptable.

Local Rule 3.01(g) provides that before filing most motions in a civil case, the moving party shall confer with the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement certifying that the moving party has conferred with the opposing party, and that the parties have been unable to agree on the resolution of the motion.  The term "confer" in Rule 3.01(g) requires a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action and does not envision an email, fax or letter.  Counsel must respond promptly to inquiries and communications from opposing counsel.  Board of Governors of the Florida Bar, Ideals and Goals of

Professionalism, ¶ 6.10 and Creed of Professionalism ¶ 8 (adopted May 16, 1990), available at www.floridabar.org (Professional Practice - Henry Latimer Center for Professionalism).

Now, Defendant's Motion to Compel Better Answers to Interrogatories (Doc. 15) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on June 14, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel